RECEIVED

AUG 1 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOLORES ANOSTARIO, ET AL. | MISC. CASE NO. 6:17-mc-153 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Dolores Anostario, as Trustee and Derivative Claimant; and Lisa Peck, Lori Cosmer, and Lonnie Cosmer as Derivative Claimants of the Estate of Paul Anostario is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 17th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE